# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                    **Case No. 6:09-cv-2123-Orl-31KRS**

**SCOTT J. BAUER,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 8) filed March 5, 2010.

On April 12, 2010, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Entry of Default Judgment is GRANTED. The Clerk is directed to enter Judgment in favor of the United States of America against the Defendant Scott J. Bauer follows:

| | | |
|---|---|---|
| Principle | $ 84,191.90 | |
| Interest as of 4/20/09 | $ 50,958.00 | |
| Total debt as of 4/20/09 | $ 135,149.90 | |
| Additional accrued interest | $ 6,915.00 | (375 days @ $18.44/day) |
| Total | **$142,064.90** | |

3.	The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE